# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 2, 2019

Bridget M. McCormack,
Chief Justice

158169

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ARTHUR CHAPMAN,
      Plaintiff-Appellant,

v

                                SC: 158169
                                COA: 335678

OFFICER D. MACK,
      Defendant-Appellee.
                                Wayne CC: 15-010270-NO

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 2, 2019



Clerk

p0730